UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 02-cv-00545-WYD-MJW
(Consolidated with Civil Action No. 02-cv-02045-WYD-MJW

DIANA DOLAN and TRACI MILLER,

    Plaintiffs,

v.

WEST METRO FIRE PROTECTION DISTRICT, a/k/a WEST METRO FIRE RESCUE, a Colorado quasi-municipal corporation,

    Defendant.

---

**ORDER**

---

    THIS MATTER came before the Court at a hearing on Plaintiffs' Renewed Motion for Pretrial Ruling on Admissibility of Testimony of Defendant's Human Resources Expert ("Plaintiffs' Motion"), filed September 22, 2004.  During the hearing, I heard argument from counsel for both parties and testimony from Defendant's Human Resource Expert, Denise Kazlauskas, as to the admissibility of each of the opinions identified in Section II of Plaintiffs' Motion.[1]  Pursuant to this Court's February 7, 2005 Order, I deferred until trial a ruling on the admissibility of the challenged opinions

---

[1] The challenged testimony set forth in Plaintiffs' Motion was compiled after Plaintiffs reviewed all of the opinions to be offered by Ms. Kazlauskas as set forth in Defendant's Amended Designation of Expert Witness Opinions, filed September 16, 2004.  Section II, entitled "Challenged Opinions of Kazlauskas", divides Plaintiffs' challenged opinions into the following three categories: (A) General Opinion of Policies, (B) Opinions Regarding Sexual Harassment Policies and (C) Opinions Regarding ADA Claim.  Pls.' Mot. at 2-4.  During the hearing, I referred to each opinion by the corresponding letter and number designation it received in Plaintiffs' Motion (e.g., II. A. 1 represents the first opinion in Section II under the "General Opinion of Policies" heading).  I refer to each opinion in the same way in this Order.

identified in Sections II. A. 3. and II. A. 4. of Plaintiffs' Motion.  For docket clearing purposes, and in light of the fact that the trial originally set for April 18, 2005 was vacated and reset for February 6, 2006, it is

ORDERED that Plaintiffs' Renewed Motion for Pretrial Ruling on Admissibility of Testimony of Defendant's Human Resources Expert, filed September 22, 2004, is **DENIED WITHOUT PREJUDICE** to the extent it seeks to exclude opinions of the type set forth in Sections II. A. 3. and II. A. 4.  It is

FURTHER ORDERED that on or after **Monday, January 2, 2006**, Plaintiffs may re-file their Motion.

Dated:  August 3, 2005

>BY THE COURT:
>
>s/ Wiley Y. Daniel
>Wiley Y. Daniel
>U. S. District Judge