UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  02-cv-00545
(Consolidated with Civil Action No. 02-cv-02045)

DIANA DOLAN,

      Plaintiff(s),

v.

WEST METRO FIRE PROTECTION DISTRICT, a/k/a WEST METRO FIRE RESCUE, a Colorado quasi-municipal corporation,

      Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Plaintiffs' Motion to Strike Amended Stipulated Jury Instructions, filed January 30, 2006, is **GRANTED**.  The Amended Stipulated Jury Instructions filed in Case No. 02-cv-02045 (docket # 23) are **STRICKEN**.

      Dated:  January 30, 2006

                                        s/ Michelle M. Merz
                                        Law Clerk to
                                        Wiley Y. Daniel
                                        U. S. District Judge