IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

Civil Action No.:   02-cv-00545-WYD-MJW (cons. w/ 02-cv-02045-WYD-CBS)

DIANA DOLAN and
TRACI MILLER,

    Plaintiff,

v.

WEST METRO FIRE PROTECTION DISTRICT,

    Defendant.

_____

ORDER REGARDING CUSTODY
OF EXHIBITS AND DEPOSITIONS
_____

It is STIPULATED that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado, this 15th day of February, 2006.

BY THE COURT:

s\ Wiley Y. Daniel
WILEY Y. DANIEL,
U. S. District Judge