UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-00545
(Consolidated with Civil Action No. 02-cv-02045)

DIANA DOLAN,

      Plaintiff(s),

v.

WEST METRO FIRE PROTECTION DISTRICT, a/k/a WEST METRO FIRE RESCUE,
a Colorado quasi-municipal corporation,

      Defendant.

_____

**ORDER APPROVING STIPULATION**
_____

THIS MATTER is before the Court on the parties' Stipulation as to Back Pay, Benefits, and Equitable Relief, filed March 22, 2006. On February 24, 2006, following a jury trial, judgment entered in favor of Plaintiff Miller on her ADA failure to accommodate claim, and her Title VII retaliation claim. In light of the jury's finding that Plaintiff Miller's demotion of June 2000 was a retaliatory demotion, the parties have reached a stipulation as to back pay, overtime pay, benefits and equitable relief due Plaintiff Miller. The Court has reviewed the Stipulation. In accordance therewith, it is hereby

ORDERED that the Stipulation as to Back Pay, Benefits, and Equitable Relief, filed March 22, 2006, is made a formal Order of this Court.

Dated: March 23, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge