UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-00545
(Consolidated with Civil Action No. 02-cv-02045)

DIANA DOLAN,

    Plaintiff(s),

v.

WEST METRO FIRE PROTECTION DISTRICT, a/k/a WEST METRO FIRE RESCUE, a Colorado quasi-municipal corporation,

    Defendant.

_____

**ORDER APPROVING AMENDED STIPULATION**
_____

    THIS MATTER is before the Court on the parties' Amended Stipulation Regarding Equitable Relief, filed March 30, 2006. On March 23, 2006, this Court entered an Order Approving Stipulation, which made the parties' Stipulation as to Back Pay, Benefits and Equitable Relief, dated March 22, 2006 (the "Stipulation"), a formal Order of the Court. The parties indicate that they have recently discovered a typographical error in the second sentence of paragraph 2(d)(2) of the Stipulation, in that the date listed as December 2004 should be December 1994. Pursuant to the parties' request it is hereby

    ORDERED that the amendment to the Stipulation set forth in the Amended Stipulation Regarding Equitable Relief, filed March 30, 2006, is made a formal Order of this Court. It is

    FURTHER ORDERED that the remaining provisions of the March 22, 2006,

Stipulation remain in full force and effect.

    Dated: March 31, 2006

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge