UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  02-cv-00545
(Consolidated with Civil Action No. 02-cv-02045)

DIANA DOLAN,

    Plaintiff(s),

v.

WEST METRO FIRE PROTECTION DISTRICT, a/k/a WEST METRO FIRE RESCUE, a Colorado quasi-municipal corporation,

    Defendant.
_____

**ORDER APPROVING STIPULATION**
_____

THIS MATTER is before the Court on the parties' Stipulation as to Attorney's Fees and Expenses, filed August 22, 2006 (docket #346) ("Stipulation").  Plaintiffs filed a Joint Motion for Attorneys' Fees and Expenses on June 22, 2006 (docket #336).  A hearing on the motion was scheduled to take place August 23, 2006 at 1:30 p.m.  The parties advise that they have reached a Stipulation as to attorneys' fees and expenses in this case, and request that such Stipulation become an Order of this Court and that I vacate the scheduled hearing.  The Court has reviewed the Stipulation.  In accordance therewith, it is hereby

ORDERED that the parties' Stipulation at to Attorney's Fees and Expenses, filed August 22, 2006 (docket #346) is made a formal Order of this Court.  It is

FURTHER ORDERED that the hearing on Plaintiffs' Joint Motion for Attorneys' Fees and Expenses, scheduled for **Wednesday, August 23, 2006, at 1:30 p.m.** is

**VACATED**.

        Dated: August 22, 2006

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge